ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-13-12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK PERSON,<br><br>    Petitioner,<br><br>vs.<br><br>LONG BEACH SUPERIOR COURT,<br><br>    Respondent. | Case No. CV 11-8440-ABC (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: March 9, 2012

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE